JEROME C. ROTH (SBN 159483)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077
*jerome.roth@mto.com*

Attorneys for Defendant
LG.PHILIPS LCD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sara Cabezas, individually and on behalf of all those similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>LG.Philips LCD Co. Ltd., LG.Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes Ltd.; Hannstar Display Corporation;<br><br>  Defendants. | CASE NO.  C 07-00084 (MMC)<br><br>**STIPULATION FOR EXTENSION OF TIME** ; ORDER THEREON<br><br>Honorable Maxine M. Chesney |

1237441.1

STIPULATION FOR EXTENSION
OF TIME  CASE NO. C 07-00084 (MMC)

1  WHEREAS plaintiff filed a complaint in the above-captioned case on or about
2  December 15, 2006;

3  WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid
4  Crystal Display ("LCD") products;

5  WHEREAS more than fifteen complaints have been filed to date in federal district
6  courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of
7  indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively,
8  "the LCD Cases");

9  WHEREAS there is a motion pending before the Judicial Panel on Multidistrict
10 Litigation to transfer the LCD Cases to the Northern District of California for coordinated or
11 consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

12 WHEREAS plaintiff anticipates the possibility of Consolidated Amended
13 Complaints in the LCD Cases;

14 WHEREAS plaintiff and LG Philips LCD America, Inc. ("LPL America") have
15 agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be
16 more efficient for the parties and for the Court;

17 WHEREAS plaintiff agrees that the deadline for LPL America to respond to the
18 Complaint shall be extended until the earlier of the following two dates:  (1) forty-five days after
19 the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after
20 plaintiff provides written notice to LPL America that he does not intend to file a Consolidated
21 Amended Complaint, provided that such notice may be given only after the initial case
22 management conference in the MDL transferee court in this case;

23 WHEREAS plaintiff further agrees that this extension is available, without further
24 stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of
25 their intention to join this extension;

26 WHEREAS this Stipulation does not constitute a waiver by LPL America or any
27 defendant of any defense, including but not limited to the defenses of lack of personal or subject
28

1237441.1                                          - 1 -                STIPULATION FOR EXTENSION
                                                                        OF TIME   CASE NO. C 07-00084 (MMC)

1  matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper
2  venue.
3              PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR
4  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:
5         1.      The deadline for LPL America to respond to the Complaint shall be
6  extended until the earlier of the following two dates (1) forty-five days after the filing of a
7  Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff
8  provides written notice that he does not intend to file a Consolidated Amended Complaint,
9  provided that such notice may be given only after the initial case management conference in the
10 MDL transferee court in this case.
11        2.      This extension is available, without further stipulation with counsel for
12 plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of
13 their intention to join this extension.
14             IT IS SO STIPULATED.

DATED: January 12, 2007                      Respectfully submitted,

                                             MUNGER, TOLLES & OLSON LLP


                                             By:           /s/ *Jerome C. Roth*
                                                       JEROME C. ROTH
                                                     Attorneys for Defendant
                                               LG PHILLIPS LCD AMERICA, INC.

Of Counsel:

Michael R. Lazerwitz
Jeremy J. Calsyn
Lee F. Berger
CLEARY GOTTLIEB STEEN &
   HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:    (202) 974-1500
Facsimile:    (202) 974-1999

1237441.1                          - 2 -                  STIPULATION FOR EXTENSION
                                                          OF TIME   CASE NO. C 07-00084 (MMC)

| | | |
|---|---|---|
| 1 | DATED: January 12, 2007 | FURTH LEHMANN & GRANT LLP |

By: _____/s/ *Jon T. King*_____
MICHAEL P. LEHMANN
THOMAS P. DOVE
CHRISTOPHER L. LEBSOCK
JON T. KING
Attorneys for Plaintiff
SARA CABEZAS

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __January 16, 2007__         _____
Honorable Maxine M. Chesney
Judge of the United States District Court

### CERTIFICATION

I, Jerome C. Roth, am the ECF User whose identification and password are being used to file this Stipulation For Extension Of Time. In compliance with General Order 45.X.B, I hereby attest that Jon T. King has concurred in this filing.